

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 904 | DATE | 9/8/2003 |
| CASE TITLE | Barbara Conner vs. Moss, Codilis, Stawiarski etc. et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We thus deny the motion to dismiss. That does not mean Ocwen has to do much, other than to wait around until the other claims are resolved. Status hearing set for September 25, 2003 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 0 9 2003 date docketed | |
| ✓ | Docketing to mail notices. | | | 33 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 SEP -8 PM 2:48 FILED FOR DOCKETING Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BARBARA CONNER, )
)
Plaintiff, )
)
vs. ) No. 03 C 904
)
MOSS, CODILIS, STAWIARSKI, MORRIS, )
SCHNEIDER & PRIOR, LLP; OCWEN, )
FEDERAL BANK, FSB; et al., )
)
Defendants. )

DOCKETED
SEP 0 9 2003

## MEMORANDUM OPINION AND ORDER

Plaintiff does not have a TILA claim against Ocwen Federal Bank, FSB (Ocwen), so far as she knows. She has amended her complaint, however, to name Ocwen as a defendant in a declaratory judgment claim. Ocwen objects, contending that the new allegations are an end-run around TILA. While we think the claim is probably unnecessary, we cannot say it is subject to dismissal.

Plaintiff alleges TILA claims against other parties. Those claims, she says, justify rescission of her mortgage, which she has not been paying. Ocwen has threatened to bring a foreclosure action. If the mortgage is voidable, that could be a defense to a foreclosure action (and is probably the reason Ocwen has not sued. Why go to the expense of a foreclosure action when the validity of the mortgage is being contested elsewhere?). But Ocwen did make the threat, and federal law (not state law) pertaining to declaratory judgments justifies the action. And, while the complains does not indicate there is complete diversity, this is, in all likelihood, a related claim for which there is supplemental jurisdiction pursuant to 28 U.S.C. §1367. We

thus deny the motion to dismiss. That does not mean Ocwen has to do much, other than to wait around until the other claims are resolved.

*(signed)* JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 8, 2003.